**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AYMAN ABU AITA,              )<br>                                            )<br>             Plaintiff,              )   Case No. 1:09-cv-02285-RWR<br>                                            )<br>             v.-                         )<br>                                            )<br>SACHA NOAM BARON COHEN, also known as  )<br>SACHA BARON COHEN; DAVID MICHAEL  )<br>LETTERMAN; NBC UNIVERSAL, INC., doing  )<br>business as UNIVERSAL PICTURES and  )<br>UNIVERSAL STUDIOS HOME ENTERTAINMENT;  )<br>CBS BROADCASTING, INC.; WORLDWIDE  )<br>PANTS, INCORPORATED; GANNETT COMPANY,  )<br>INC.; LAWRENCE CHARLES WENGROD, also  )<br>known as LARRY CHARLES, and  )<br>BLOCKBUSTER, INC.              )<br>                                            )<br>             Defendants.              ) | |

**[PROPOSED] ORDER GRANTING**
**DEFENDANT NBC UNIVERSAL, INC.'S MOTION TO DISMISS**
**THE FIRST AMENDED COMPLAINT WITHOUT LEAVE TO AMEND**

Upon consideration of Defendant NBC Universal, Inc.'s motion, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, to dismiss the first amended complaint in this above-captioned action without leave to amend, the papers filed in support thereof, and the opposition thereto, as well as the entire record herein, it is hereby

ORDERED, that Defendant NBC Universal, Inc.'s motion to dismiss the First Amended Complaint without leave to amend be, and hereby is, GRANTED; and it is further

ORDERED that this case shall be dismissed in its entirety.

SO ORDERED this ____ day of _____, 2010.

_____
Hon. Richard W. Roberts
United States District Judge .

Copies to:

Audrey Moog
Slade R. Metcalf
Theresa M. House
HOGAN & HARTSON LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109

Joseph Peter Drennan
218 North Lee Street, Third Floor
Alexandria, VA 22314

Sam W. Burgan
5673 Columbia Pike, Suite 201
Falls Church, VA 22041

John M. Simpson
FULBRIGHT & JAWORSKI L.L.P.
901 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Judith A. Archer
Sarah E. O'Connell
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103