UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AYMAN ABU AITA,

           Plaintiff,

v.

SACHA NOAM BARON COHEN, also known as SACHA BARON COHEN; DAVID MICHAEL LETTERMAN; NBC UNIVERSAL, INC., a Delaware corporation, doing business as "Universal Pictures" and "Universal Studios Home Entertainment"; CBS BROADCASTING, INC., a New York Corporation; WORLDWIDE PANTS, INCORPORATED, a New York corporation; GANNETT COMPANY, INC., a Delaware Corporation, doing business as WUSA Television; LAWRENCE CHARLES WENGROD, also known as LARRY CHARLES; and BLOCKBUSTER, INC., a Delaware Corporation,

           Defendants.

Case No. 09-CV-02285 (RWR)

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff and Defendants CBS Broadcasting, Inc. ("CBS") and Gannett Company, Inc. ("Gannett"), that the last date for CBS and Gannett to respond to the Complaint shall be April 1, 2010; and it is

FURTHER STIPULATED AND AGREED that a facsimile signature for the purpose of this Stipulation shall be deemed as an original signature.

Dated this 5th day of March, 2010

JOSEPH PETER DRENNAN

/s/ Joseph Peter Drennan

Joseph Peter Drennan, D.C. Bar No. 358196
218 North Lee Street
Third Floor
Alexandria, VA 22314
Telephone: (703) 519-3773
Facsimile: (703) 548-4399
Email: joseph@josephpeterdrennan.com
*Counsel for Plaintiff Ayman Abu Aita*

HUGHES HUBBARD & REED LLP

/s/ Scott H. Christensen

Scott H. Christensen, D.C. Bar No. 476439
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
Email: christen@hugheshubbard.com
*Counsel for Defendants David Michael Letterman, Worldwide Pants, Inc., CBS Broadcasting, Inc., and Gannett Company, Inc.*

- and -

SAM W. BURGAN
D.C. Bar No. 405478
5673 Columbia Pike, Suite 201
Falls Church, VA 22041
Telephone: (703) 575-8810
Facsimile: (703) 575-8054
Email: burganlaw@aol.com
*Counsel for Plaintiff Ayman Abu Aita*

ACCEPTED AND SO ORDERED
On this ____ of March, 2010

_____
United States District Judge