**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                )
**AYMAN ABU AITA**                  )
                                )
    Plaintiff,              )
                                )
    v.                      )   Civil Action No. 09-2285 (RWR)
                                )
**SACHA NOAM BARON COHEN**,         )
<u>et al.</u>,                         )
                                )
    Defendants.             )
_____)

### ORDER

    Plaintiff Ayman Abu Aita brings this action against defendants asserting claims of libel, slander, and tortious misappropriation of his name or likeness.  Defendants NBC Universal, Inc., David Michael Letterman, Worldwide Pants, Incorporated, CBS Broadcasting, Inc., and Gannett Company, Inc. moved to dismiss plaintiff's amended complaint for lack of subject matter jurisdiction, and plaintiff responded by agreeing to dismiss without prejudice the entire action against all named defendants.  Therefore, it is hereby

    ORDERED that defendants' motions [6, 12] be, and hereby are, GRANTED.  This case shall be dismissed without prejudice against all defendants in its entirety.

    SIGNED this 20th day of May, 2010.

                                                _____/s/_____
                                                RICHARD W. ROBERTS
                                                United States District Judge